JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

NETWORK SIGNATURES, INC.,    )       SACV 09-01028-JVS(RNBx)
                             )
                             )       ORDER OF DISMISSAL UPON
             Plaintiff,      )
                             )       SETTLEMENT OF CASE
      v.                     )
                             )
UNION BANK, N.A., et al.,    )
                             )
             Defendant(s).   )
_____)


        The Court having been advised by the counsel for the parties that the above-
entitled action has been settled-in-principle,


        IT IS ORDERED that this action be and is hereby dismissed in its entirety
without prejudice to the right, upon good cause being shown within 60 days, to reopen
the action if settlement is not consummated.


DATED: April 9, 2010

                                    _____
                                            James V. Selna
                                       United States District Judge